# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dubina, Joel F. | U.S. Court of Appeals/11th Cir | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge -- Senior | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Post Office Box 867
Montgomery, AL 36101-0867

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Investments Unlimited, a limited liability corp. ("LLC") |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Jacksonville Bar Association | 4/22/2015 - 4/23/2015 | Jacksonville, Florida | Speaker | Room and meals for me and my law clerk |
| 2. | Dwight Opperman Foundation | 9/28/2015 - 09/30/2015 | Washington, D.C. | DeVitt Selection Committee Meeting | Room and meals for me and my wife |
| 3. | Washington & Lee University | 10/28/2015 - 10/30/2015 | Lexington, VA | Speaker | Room and meals for me and my wife |
| 4. | Florida State University | 11/3/2015 - 11/5/2015 | Tallahassee, Florida | Speaker | Room and meals for me and my law clerk |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. ▓▓▓▓▓ | | | | | | | | | |
| 2. COMMON STOCKS | | | | | | | | | |
| 3. Insignia Fini Group Inc. | A | Dividend | J | T | | | | | |
| 4. Torchmark Corp | A | Dividend | K | T | | | | | |
| 5. Apartment Investment Management Co. | A | Dividend | J | T | | | | | See Seciton VIII |
| 6. U. S. Shelter Corp. Del | A | Dividend | J | T | | | | | |
| 7. Money Market Funds $12,058.92 Stifel, Nicolaus & Company | A | Interest | J | T | | | | | |
| 8. 12.5% interest Investments Unlimited, an L.L.C. | F | Rent | O | W | | | | | See Section VIII. |
| 9. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 10. Alibaba Group Holding LTD Spons ADS | | None | K | T | Buy (add'l) | 02/20/15 | J | | |
| 11. Halliburton Company | A | Dividend | K | T | | | | | |
| 12. Mosaic | A | Dividend | J | T | | | | | |
| 13. VF Corp | A | Dividend | J | T | Buy (add'l) | 10/28/15 | J | | |
| 14. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 15. Bershire Hathaway Inc. | | None | J | T | Buy | 08/12/15 | J | | |
| 16. Chicago Bridge & Iron Company NV | A | Dividend | J | T | Buy | 05/19/15 | J | | |
| 17. Cisco Systems Inc. | A | Dividend | J | T | Buy | 08/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Costco Wholesale Corp. | A | Dividend | K | T | Buy | 03/06/15 | K | | |
| 19. | Linn Energy LLC Unit. Representing Limited Liability Interests | A | Distribution | J | T | Buy | 02/20/15 | J | | |
| 20. | Silver Springs NTWKS Inc. | | None | J | T | Buy | 05/19/15 | J | | |
| 21. | Horizon Pharma PLC | | None | J | T | Buy | 11/11/15 | J | | |
| 22. | Invesco Ltd. | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 23. | II. TRUSTS ASSETS #1 | | | | | | | | | |
| 24. | Money Market Funds $43,001.01 Sterne, Agee & Leach | A | Interest | K | T | | | | | |
| 25. | General Electric | B | Dividend | L | T | Sold (part) | 09/10/15 | J | D | |
| 26. | Torchmark Corp. | B | Dividend | M | T | | | | | |
| 27. | River Bank and Trust (X) | | None | K | T | | | | | |
| 28. | Huntsville, AL Warrants Series A | B | Interest | L | T | | | | | |
| 29. | Irondale, AL Wts - Ser. D Ins. XLCA 4% | B | Interest | L | T | | | | | |
| 30. | Federated Intermediate Mun. Tr Sh Ben. Int. | B | Dividend | L | T | Sold (part) | 09/10/15 | J | | |
| 31. | | | | | | Sold (part) | 12/15/15 | J | A | |
| 32. | Opp, AL Wts FSA B/E Cpn | A | Interest | | | Matured | 03/01/15 | K | | |
| 33. | U.S. Treasury Bond 5/375% | C | Interest | L | T | | | | | |
| 34. | U.S. Treasury Bond 7.25% | C | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dubina, Joel F. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Altria Group Inc. | B | Dividend | K | T | | | | | |
| 36. John Hancock Flexible Prem. Life Ins. | | None | L | U | | | | | |
| 37. Adobe Systems | | None | K | T | | | | | |
| 38. Freeport McMoran | A | Dividend | | | Sold | 09/15/15 | J | | |
| 39. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 40. Novartis A G | A | Dividend | J | T | | | | | |
| 41. Priceline Com | | None | L | T | | | | | |
| 42. IShares Trust S&P | B | Dividend | K | T | | | | | |
| 43. Protective Life Corp. | | None | | | Sold | 02/03/15 | K | E | |
| 44. Rent-A-Center | A | Dividend | K | T | | | | | |
| 45. Toronto Dominion Bank | A | Dividend | K | T | | | | | |
| 46. Gartner, Inc. | | None | K | T | Sold (part) | 05/04/15 | J | A | |
| 47. Google, Inc. | | None | K | T | | | | | |
| 48. Mosaic Company | A | Dividend | J | T | | | | | |
| 49. Apple Computer, Inc. | A | Dividend | K | T | | | | | |
| 50. Amazon.Com, Inc. | | None | K | T | | | | | |
| 51. Emerson Electric Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares DJ Sel | A | Dividend | J | T | | | | | |
| 53. Dodge & Cox International Stock Fund | A | Dividend | K | T | Buy (add'l) | 03/24/15 | J | | |
| 54. Eaton Vance Floating-Rate Fund Class I | B | Dividend | K | T | Buy (add'l) | 03/24/15 | K | | |
| 55. Google Inc. CL A | | None | K | T | | | | | |
| 56. International Business Machines Corp. | A | Dividend | K | T | | | | | |
| 57. Qualcomm. Inc. | A | Dividend | J | T | | | | | |
| 58. SPDR Gold Trust | | None | | | Sold | 03/24/15 | J | | |
| 59. Vanguard GNMA Fund INV | B | Dividend | K | T | Buy | 03/24/15 | J | | |
| 60. Bank of America Corp. | A | Dividend | J | T | | | | | |
| 61. Biogen IDEC Inc Com | | None | J | T | | | | | |
| 62. D R Horton Inc Com | A | Dividend | J | T | | | | | |
| 63. Ford Motor | A | Dividend | J | T | | | | | |
| 64. Suntrust Banks | A | Dividend | J | T | | | | | |
| 65. Alexion Pharmaceuticals In. 78 shs. | | None | J | T | Buy | 09/10/15 | J | | |
| 66. Amgen Inc. | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 67. Chevron Copr. 130 sh. | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 68. Federated Adjustable Rate Securities Fund Instl. Class 2557.812 sh | A | Dividend | K | T | Buy | 03/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Invst MM FD Govt. 1 #57 21 sh | A | Distribution | K | T | Buy | 12/31/15 | K | | |
| 70. | | | | | Sold (part) | 12/31/15 | J | | |
| 71. Starbucks Corp. | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 72. Templeton Global Bond FUnd Advisor Class 1097.002 shs | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 73. | | | | | Sold | 09/10/15 | J | | |
| 74. Whole Foods Market Inc. 260 sh | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 75. PERSONAL HOLDINGS: SPOUSE | | | | | | | | | |
| 76. Money Market Funds $278,970.17 Sifel, Nicolaus & Co. | E | Interest | N | T | | | | | |
| 77. Torchmark Corp. | B | Dividend | N | T | | | | | |
| 78. 56 TMK, United Inc. | A | Dividend | J | T | | | | | |
| 79. 12.5% interest Investments Unlimited, as L.L.C. | F | Rent | O | W | | | | | See Section VIII |
| 80. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 81. Hancey Mill Road Farm, L.L.C. | | None | M | R | | | | | See Section VIII |
| 82. Fairhope, AL Utilities | A | Interest | | | Redeemed | 06/06/15 | J | A | |
| 83. Tuscaloosa, AL Warrant FSA B/E | A | Interest | K | T | | | | | |
| 84. Waddell & Reed | A | Dividend | J | T | | | | | |
| 85. Proshares Trust Powershares Ultrashort Real Estate | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Birmingham, AL Spl CR FAC Fing Ath Children's Hospital | B | Interest | | | Sold | 10/01/15 | L | D | |
| 87. Southern Company | B | Interest | | | Sold | 03/06/15 | K | C | |
| 88. Huntsville AL RFDG & Cap Improvements WTS Ser A | A | Interest | K | T | | | | | |
| 89. Univ. AL at B'ham Hosp. Rev RFDG | B | Interest | K | T | | | | | |
| 90. American Express COMRMT (X) | A | Dividend | J | T | | | | | |
| 91. BP PRUDHOE BAY ROYALALMT TRUST (X) | C | Dividend | J | T | | | | | |
| 92. Express Scripts Inc. RMT (X) | | None | J | T | | | | | |
| 93. Novartis AG RMT Sponsored ADR (X) | A | Dividend | J | T | | | | | |
| 94. Praxair Inc. RMT (X) | A | Dividend | | | Sold | 12/15/15 | J | A | |
| 95. Priceline com Inc. Nermt (X) | | None | J | T | | | | | |
| 96. Torchmark Corp RMT (X) | C | Dividend | M | T | | | | | |
| 97. River Bank & Trust RMT (X) | | None | K | T | | | | | |
| 98. Birmingham Baptist AL MD Ctr Spl Cure 6.125 cpn 5.875 (X) | A | Interest | K | T | | | | | |
| 99. Birmingham Baptist Med EDP AL Spl Care @96.947 CPN 5.000% (X) | A | Interest | | | Redeemed | 11/16/15 | K | | |
| 100. B'ham AL SPL Childrens Hosp. OID @98.672 6.23 CPN 6.125 (X) | B | Interest | | | Sold | 10/01/15 | L | D | |
| 101. Clarke & Mobile Cnty AL Gas Dist. 4.375% | B | Interest | K | T | | | | | |
| 102. Madison Cnty Brd Ed Cap OID 96.801 4.7% CPN 4.500% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Huntsville AL Hlthcare Auth Rev Ser A 5.25% | B | Interest | | | Sold | 10/01/15 | K | B | |
| 104. Madison Cnty AL Brd EDP Cap Outlay Cpn 5.000% Due 9/1/36 (X) | B | Interest | K | T | | | | | |
| 105. Shelby Cnty AL Brd EEDP Cap Outlay SCH OID @97.921 4.43% (X) | B | Interest | K | T | | | | | |
| 106. Shelby Cnty AL Brd EEDP RFDG 10 Mill B/E CPN 5.0% due 2/1 (X) | B | Interest | K | T | | | | | |
| 107. Tuscaloosa AL Warrant EDP AGM OID @99.03 4.1% (X) | A | Interest | | | Redeemed | 01/02/15 | J | A | |
| 108. Tuscaloosa AL WarranEDP OID @96.969 4.56% (X) | A | Interest | K | T | | | | | |
| 109. University AL AT EDP Bham Hosp CPN 5.000% due 9/1/36 | B | Interest | K | T | | | | | |
| 110. General Electric ComeDP (X) | A | Dividend | J | T | | | | | |
| 111. Goldman Sachs Grap Inc. 5.95% | A | Interest | K | T | | | | | |
| 112. Phillips 66 (X) | A | Dividend | J | T | | | | | |
| 113. Torchmark Capital Trust III Tr PFD 7.1% (X) | A | Interest | J | T | | | | | |
| 114. Enterprise Products Partners LTD Partnership CUSIP [blacked out] | A | Distribution | | | Sold | 07/24/15 | K | B | |
| 115. Goldman Sachs Group Inc. Dep SHS Repstg 1/1000th CUSIP [blacked out] | | None | | | Sold | 06/26/15 | K | A | |
| 116. Halliburton Company | A | Dividend | K | T | | | | | |
| 117. Homewood AL Edl Bldg Rev Samford Univ. 4.500% CUSIP [blacked out] | B | Interest | K | T | | | | | |
| 118. Huntsville AL RFDG WTS OID @97.541 3.3% CUSIP 4[blacked out] | A | Interest | K | T | | | | | |
| 119. Huntsville AL RFDG WTS OID @97.262 3.55% CUSIP [blacked out] | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. KKR & Compnay DEL Com Units CUSIP ▓ | B | Dividend | | | Sold | 08/18/15 | K | B | |
| 121. Kinder Morgan Inc DE CUSIP ▓ | B | Dividend | K | T | | | | | |
| 122. NVIDIA Corp CUSIP ▓ | A | Dividend | | | Sold | 08/26/15 | J | C | |
| 123. Quanta Services CUSIP ▓ | | None | J | T | | | | | |
| 124. University of AL at B'ham Genl Rev A2 OID @98.653 3.1T CUSIP ▓ | A | Interest | K | T | | | | | |
| 125. Vanguard Natural RES LLC Rep LTD LIABILITY INT CUSIP ▓ | B | Distribution | | | Sold (part) | 07/24/15 | J | | |
| 126. | | | | | Sold | 12/15/15 | J | | |
| 127. Teekey Lng Partners Limited Partnership Unit CUSIP ▓ | B | Dividend | J | T | | | | | |
| 128. ALIBABA Group Holding LTD Spons Ads | | None | K | T | Buy (add'l) | 02/20/15 | J | | |
| 129. American Express Company | A | Dividend | J | T | | | | | |
| 130. Apple Inc | A | Dividend | J | T | | | | | |
| 131. Diamond Offshore Drilling Inc. | A | Dividend | K | T | | | | | |
| 132. Enterprise AL WTS Ser A B/E OID @96.949 4.85% Cusip ▓ | B | Interest | K | T | | | | | |
| 133. Escambia CNTY AL Brd Ed. Tax Antic WTS REV B/E cusip ▓ | B | Interest | K | T | | | | | |
| 134. Foley AL WTS BE OID @98.446 4.1% CPN 4.000% due 6/1/39 CUSIP ▓ | A | Interest | K | T | | | | | |
| 135. Freeport Mcmoran Copper & Gold | A | Dividend | | | Sold | 08/26/15 | K | | |
| 136. Gulfport Energy Corp New | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Huntsville AL RFDG LSE CAP IMP WTS SER B CPN 4.000% Due 11/01/33 | B | Interest | L | T | | | | | |
| 138. Huntsville AL Hlthcare Auth Rev Ser A B/E OID @96.929 5.25 DTD 6/24/10 | | None | | | Sold | 10/01/15 | K | C | |
| 139. SERVISFIRST Bancshares | A | Dividend | J | T | | | | | |
| 140. Towerstream Corp | | None | J | T | | | | | |
| 141. V F Corp | A | Dividend | J | T | | | | | |
| 142. Energy XXI Bermuda LTD USD Unrestricted New | A | Dividend | | | Sold | 07/24/15 | J | | |
| 143. AL State Pub HC Auth Pub HLTH FAc OID 96.120 4% | | None | K | T | Buy | 03/31/15 | K | | |
| 144. Berkshire Hathaway Inc | | None | J | T | Buy | 08/12/15 | J | | |
| 145. Chicago Bridge &Iron Company NV | A | Dividend | J | T | Buy | 05/19/15 | J | | |
| 146. CISCO Systems Inc. | A | Dividend | K | T | Buy | 03/06/15 | K | | |
| 147. Costco Wholesale Corp. | A | Dividend | K | T | Buy | 03/06/15 | K | | |
| 148. Linn energy LLC Unit Rep. Limited Liability Int. | B | Distribution | | | Buy | 02/20/15 | K | | |
| 149. | | | | | Sold (part) | 07/24/15 | J | | |
| 150. | | | | | Sold | 12/15/15 | J | | |
| 151. Mobile AL Wtr & Swr Commrs. Rev B/E OID 98.500 @4.118% | | None | K | T | Buy | 10/14/15 | K | | |
| 152. Silver Springs Ntwks | | None | J | T | Buy | 05/19/15 | J | | |
| 153. Sylacauga AL W & S B/E CPN 4% Due 2/1/31 | | None | K | T | Buy | 07/31/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. VF Corp. | | None | K | T | Buy | 10/28/15 | J | | |
| 155. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 156. Horizon Pharma PLC | | | J | T | Buy | 11/11/15 | J | | |
| 157. INVESCO LTD | | | J | T | Buy | 08/28/15 | J | | |
| 158. SPOUSE CHARITABLE ACCOUNT | | | | | | | | | |
| 159. Money Market Funds $21,199.19 Stifel, Nicolaus & Co. | B | Interest | K | T | | | | | |
| 160. Alexander City AL RFDG WTS Ser A OID 98.889 3.16% CPN 3.000 Due 5/1/19 | A | Interest | J | T | | | | | |
| 161. Elmore Cnty AL Pub E Coop Dist Pub Ed OID @98.506 3.45% | A | Interest | K | T | | | | | |
| 162. Foley AL Pub Facs Co Dist Rev CPN 4.000% Due 9/1/19 | A | Interest | K | T | | | | | |
| 163. Huntsville AL Hlth C Autho Ser B Rev 4.25% CPN 4.000% | A | Interest | K | T | | | | | |
| 164. Phenix City, AL WTS SER A 5.000% Due 01/01/17 Susip: | A | Interest | J | T | | | | | |
| 165. University of AL Ser A Birmingham Hosp. Rev OID @98.827 4.26% | B | Interest | K | T | | | | | |
| 166. Opelika AL School Warrants SER A CPN 3.500% Due 10/1/20 | A | Interest | K | T | | | | | |
| 167. Russellville AL WTRW SWR BD REV OID @98.839 2.5% CPN 2.300% | A | Interest | J | T | | | | | |
| 168. Shelby Cnty AL Brd E Unref 10 mill CPN 4.000% due 2/1/18 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.   Investments & Trusts.

No.5 This was inadvertently left off last year's report.

No. 8 & 79.   Property located in Montgomery County, AL; (*Walton County, FL), Lowndes County, AL
*In 2014, Investments Unlimited sold the beach house in Walton County, Florida for $2.8 million.  My wife     and I received 12.5% each of the proceeds.

No. 81.   Effective December 31, 2007, I gifted my interest in land in Montgomery County, equally to my wife and 3 children.  I formed an L.L.C. named "Hancey Mill Road Farm, L.L.C."  My 50% interest in the land was deeded into Hancey Mill Road Farm, L.L.C. and then gifted to my wife and three children in equal shares.  The total value of this property at the time it gifted was   $790,000 to be equally shared by the 4.  I filed a gift tax return showing this transfer on 4/15/08.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel F. Dubina**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544